# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff(s), ) | Case No: 24CR522-1 |
| ) | |
| v. ) | Magistrate Judge: M. David Weisman |
| ) | |
| Jose Angel Canobbio Inzunza, ) | |
| ) | |
| Defendant(s), ) | |

## ORDER

      Initial Appearance hearing held. Arraignment proceedings held. Spanish Interpreter sworn in. Defendant Jose Angel Canobbio Inzunza arrested/arrived in custody via airplane and transferred to U.S. Marshals custody on 2/27/25 where he appeared before Judge Weisman in response to an Indictment dated 11/4/24. Defendant sworn in and the Court questioned and admonished defendant and finds that the defendant is able to understand rights as they are reviewed. Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. Attorney Jeffrey Harris Lichtman appearing as retained counsel for defendant and advises that he will be filing his motion for leave to appear pro hac vice. Defendant does not wish for the Mexican Consulate to be notified of his arrest. The Government's oral motion for detention is granted. Defendant waived his right to a detention hearing without prejudice and leave to renew at a later time. The Court orders Defendant detained pending resolution of his charges without any findings. Defendant waives formal reading and enters a plea of not guilty as to all counts in which the defendant is named in the indictment. 16.1 (A) Conference to be held by 3/6/25. Pretrial motions and supporting memoranda are to be filed by 3/13/25. Responses are to be filed by 3/20/25. The matter is set for a status hearing before Judge Pacold on 3/27/25 at 10:30 a.m. The Government's oral motion to exclude time is granted with objection. Enter excludable time from 2/27/25 to and including 3/27/25 for preparation of pretrial motions under the ends-of-justice provision, as required by § 3161 (h)(7), and for motions under 18 U.S.C. § 3161(7)(B)(iv) and 18 U.S.C. § 3161(h)(1)(D), (X-T). The Court sua sponte orders defendant is remanded into federal custody of the U.S. Marshal. Government's oral motion to unseal the entire case is granted. Case is ordered unsealed. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

Time: (00:05) IA – Time: (00:05) Arraignment

Date: February 27, 2025

*M. David Weisman*
_____
M. David Weisman
United States Magistrate Judge