UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 24 CR 522 |
| v. | |
| JOSE ANGEL CANOBBIO INZUNZA | Judge Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's Orders, Dkt. Nos. 13 and 18, the parties hereby submit the following report on the status of the case:

1.      Defendant was expelled to the United States on or about February 27, 2025, and was arraigned and ordered detained that same day.

2.      Defense counsel is in possession of the Rule 16 materials, which were previously produced in connection with a related matter.

3.      Defense counsel is in the process of conferring with defendant about the case. No pretrial motions are contemplated at this time.

4.      The parties request that this matter be continued for 60 days.

5.      The government asks that time be excluded in the interests of justice to allow for defense counsel to continue to confer with defendant about this matter. The defense does not object.

6.      The government's pending sealed motion (Dkt. 9) is withdrawn. The proposed orders referenced in Dkt. 18 are thereby moot.

1

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   /s/ *Andrew C. Erskine*
       ANDREW C. ERSKINE
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1875

Dated: March 25, 2025