# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                             Case No.: 1:24–cr–00522
                                             Honorable Martha M. Pacold

Jose Angel Canobbio Inzunza

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: as to Jose Angel Canobbio Inzunza: The court has reviewed the joint status report, [19]. The parties shall confer and file a joint status report by 5/28/2025 with an update on the status of the case and including any request for a status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file pretrial motions and objects to the exclusion of time under the Speedy Trial Act. The government's unopposed motion to exclude time is granted. The court excludes time through 5/30/2025 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for defense counsel to confer with his client, time for the government to confer internally, time for the parties to consider and prepare pretrial motions, time for the parties to review discovery materials, and time for plea negotiations. Such delay outweighs the interests of the public and the defendant in a speedy trial. The government's sealed motion, [9], is withdrawn. See [19] at 1. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.