UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ANGEL CANOBBIO INZUNZA | No. 24 CR 522<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, Dkt. No. 20, the parties hereby submit the following report on the status of the case:

1. Defense counsel continues to confer with defendant, as well as the government, about the direction of the case. No pretrial motions are contemplated at this time.

2. Further, additional time is needed to perform the work described in the sealed motion filed at Dkt. No 21.

3. Accordingly, the parties request that this matter be continued for 90 days.

4. The government asks that time be excluded in the interests of justice to allow for the above-described work to be done. The defense does not object.

1

                Respectfully submitted,

                ANDREW S. BOUTROS
                United States Attorney

By:   /s/ *Andrew C. Erskine*
                ANDREW C. ERSKINE
                Assistant U.S. Attorney
                219 South Dearborn St., Rm. 500
                Chicago, Illinois 60604
                (312) 353-1875

Dated: May 28, 2025