UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ANGEL CANOBBIO INZUNZA | No. 24 CR 522<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

The parties hereby submit the following report on the status of the case:

1. Appointed conflict-free counsel met briefly with defendant, and anticipates potentially meeting with him again.

2. That said, the parties request that the court set a hearing date for the court to advise the defendant on the record of the possible risks associated with representation by an attorney with a possible conflict, to ensure any potential waiver by the defendant is knowing and intelligent. *See, e.g.*, *United States v. Curcio*, 680 F.2d 881, 888 (2d Cir. 1982) (describing process a court can use to determine whether a defendant's waiver is knowing and intelligent).

3. The government suggests that retained counsel (who is based in New York), appointed conflict-free counsel, and the government communicate with the court's courtroom deputy to choose a date for a hearing that works for the court and all of the parties.

4. The government requests that time be excluded to that date in the interests of justice. The defendant has no objection.

Case: 1:24-cr-00522 Document #: 27 Filed: 12/03/25 Page 2 of 2 PageID #:59

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  /s/ *Andrew C. Erskine*
ANDREW C. ERSKINE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-1875

Dated: December 3, 2025